CASE NUMBER AP-77,038

TRIAL COURT CAUSE NUMBER 2012-2331-C1

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| VS. | * | McLENNAN COUNTY, TEXAS |
| | * | |
| US CARNELL PETETAN, JR. | * | |
| AKA CARNELL PETETAN, JR. | * | 19TH JUDICIAL DISTRICT |

## ADDITIONAL REQUEST FOR EXTENSION OF TIME
## TO PREPARE AND FILE REPORTER'S RECORD

My name is Rachell D. Karr. I am the Official Court Reporter of the 19th Judicial District Court of McLennan County, Texas. I am the court reporter who made the record in the above-styled and numbered cause, which was tried before the Honorable Ralph T. Strother and a jury.

I would respectfully request an additional extension of time from the Court for a period of 30 days from the present due date of January 30, 2015, to March 2, 2015, to complete the record. I, unfortunately, underestimated the time required to complete the record in my prior request to the Court.

I am currently diligently working to complete the capital murder record of approximately 7,000 pages. Judge Ralph T. Strother, 19th District Court Judge, has authorized a Deputy Reporter to take my place in the courtroom to allow me uninterrupted time to complete the record. In addition, there are voluminous exhibits

requiring extra time to copy, scan, and bookmark.

I work full time in the 19th District Court and routinely must prepare transcripts during my off hours.

I anticipate being able to file the record by March 2, 2015, as requested above. I sincerely appreciate your consideration. Thank you.

Respectfully,


/s/ Rachell D. Karr
Rachell D. Karr, CSR
Official Court Reporter


This request was emailed and mailed via USPS for filing with the Court of Criminal Appeals on January 29, 2015. A true and correct copy of the above and foregoing document has been filed with the trial court through the McLennan County District Clerk's office; sent via email to Mr. Abel Reyna, McLennan County District Attorney's Office, Counsel for The State of Texas; and sent via email to Mr. Richard E. Wetzel, Appellate Counsel for Defendant, on this the 29th day of January, 2015.


/s/ Rachell D. Karr
Rachell D. Karr, CSR
Official Court Reporter
CSR Certification Number 2020
Expiration Date: 12-31-16
19th District Court, McLennan County, Texas
501 Washington Avenue, Room 303
Waco, TX 76701  (254) 757-5081
Email: rachell.karr@co.mclennan.tx.us